UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNMARIE FASSI and
EUGENE FASSI,

                                                   CASE NO.:  6:17-CV-01885-ACC-GJK

   Plaintiffs,

-vs-

ENHANCED RECOVERY
COMPANY, LLC,

   Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order Directing Parties to File Certificates of Interested Persons:

1.)   The name of each person, attorney association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

    **AnnMarie Fassi, Plaintiff**

    **Eugene Fassi, Plaintiff**

    **Frank H. Kerney III, Esq., Counsel for Plaintiff**

    **Morgan & Morgan, Tampa, P.A., Plaintiff's counsel's law firm**

    **Enhanced Recovery Company, LLC, Defendant**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known.**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**AnnMarie Fassi**

**Eugene Fassi**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" is there is no actual or potential conflict of interest.

Date: November 21, 2017

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
mbradford@forthepeople.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent by operation of the Court's Electronic Filing System.

                                                  */s/Frank H. Kerney, III, Esquire*
                                                  Frank H. Kerney, III, Esquire
                                                  Florida Bar #: 88672
                                                  Morgan & Morgan, Tampa, P.A.