UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNMARIE FASSI and
EUGENE FASSI,

    Plaintiffs,

-vs-                                              CASE NO.: 6:17-CV-01885-ACC-GJK

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, AnnMarie Fassi and Eugene Fassi, by and through their undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Richard D. Rivera, Esquire, 50 North Laura Street, Suite 2600, Jacksonville, Florida 32202, at rrivera@sgrlaw.com on this 1 day of February, 2018.

                                                      /s/Frank H. Kerney, III, Esquire
                                                      Frank H. Kerney, III, Esquire
                                                      Florida Bar #: 88672
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 North Franklin Street, 7th Floor
                                                      Tampa, FL 33602
                                                      Telephone: (813) 223-5505
                                                      Facsimile: (813) 223-5402
                                                      fkerney@forthepeople.com
                                                      jkneeland@forthepeople.com
                                                      snazario@forthepeople.com
                                                      *Counsel for Plaintiff*