# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANNMARIE FASSI and EUGENE
FASSI,**

        **Plaintiffs,**

**v.**                                              **Case No:   6:17-cv-1885-Orl-22GJK**

**ENHANCED RECOVERY COMPANY,
LLC,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

      The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. (Doc. No. 20).   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

      **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

      **DONE** and **ORDERED** at Orlando, Florida on February 1, 2018.

ANNE C. CONWAY
United States District Judge

**<u>COPIES FURNISHED TO:</u>**
Counsel of Record